uary 15, 1913, to file abstract and brief. No abstract of the record, nor brief, on the part of the appellant has been filed, nor has any further stipulation been filed with the clerk. This case has been reached in its regular order upon the assignment. Upon this condition of the record, the appeal will be deemed to have been abandoned. Benedict v. Smith, 10 S. D. 35, 71 N. W. 139.

The judgment of the rial court is affirmed.

---

STATE ex rel. JACKSON, Respondent, v. KERKOW, Appellant

(141 N. W. 378.)

**Appeal—No Briefs—Appeal Deemed Abandoned.**
> No briefs having been filed by either party, the appeal is deemed abandoned, and judgment affirmed.

(Opinion filed May 6, 1913.   Rehearing denied June 24, 1913.)

Appeal from Circuit Court, Gregory County.   Hon. WILLIAM WILLIAMSON, Judge.

Proceeding by the State, on the relation of J. S. Jackson, against Frank Kerkow, as City Auditor. From the judgment, defendant appeals.   Affirmed.

*W. J. Hooper,* for Appellant.

*P. J. Donahue,* for Respondent.

McCOY, J. No briefs by either party ever having been filed in this action, the appeal is deemed abandoned, and the judgment of the lower court affirmed.

---

STATE, Respondent, v. GREGORY, Appellant.

(141 N. W. 365.)

1. **Criminal Law—New Trial—Newly Discovered Evidence—Diligence.**
> One applying for new trial on ground of newly discovered evidence must show use of due diligence to procure the evidence for the trial, and that it is newly discovered.

2. **Denial of New Trial—Judicial Discretion.**
> A motion for new trial on ground of newly discovered evidence, being addressed to discretion of court, denial of motion will not be disturbed unless the discretion has been abused.

3. **Newly Discovered Evidence—Evidence Previously Known—Contradictory Evidence—Continuance.**